# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RevoLaze, LLC, ) | Case No. 1:16-cv-01080-BYP |
| ) | |
| Plaintiff, ) | (Formerly Case No. CV-16-861410 in the |
| ) | Common Pleas Court of Cuyahoga County, |
| v. ) | Ohio) |
| ) | |
| Dentons US LLP, *et al.*, ) | **DECLARATION OF** |
| ) | **DARRYL J. COSTIN, SR.** |
| Defendants. ) | |
| ) | |

I, Darryl J. Costin, Sr., do hereby declare:

1. I am the Chief Executive Officer for RevoLaze, LLC ("RevoLaze"), a limited liability company.

2. I have personal knowledge of the matters stated in this Declaration and am competent to testify to these matters.

3. I have reviewed information and/or documentation to determine the State of citizenship of each member of RevoLaze and sub-member of RevoLaze (*i.e.*, members of limited liability companies that are members of RevoLaze) (collectively, "RevoLaze Members"). One or more RevoLaze Members are citizens of each of the following US States:

        Arizona;
        California;

        Connecticut;
        Delaware;
        Florida;
        Maryland;
        Michigan;
        New York;
        Oklahoma;
        Ohio;
        Pennsylvania;
        South Carolina;
        Virginia;
        Washington, D.C.; and
        Wyoming.

4. I declare under penalty of perjury under the laws of the State of Ohio and the United States of America that the foregoing statements are true and correct, to the best of my knowledge.

Executed this 25th day of May 2016 in Westlake, Ohio.

_____
Darryl J. Costin, Sr.